Roy S. Gordet SBN 103916
98 Battery Street, Suite 601
San Francisco, CA 94111
Tel. 415-627-0300
Fax 415-627-9020
roy@gordetlaw.com

Attorney for Plaintiff Sterling M. Enterprises, Inc. dba Lee's Deli

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sterling M. Enterprises, Inc. dba Lee's Deli, a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>Lee's Sandwiches International, Inc., a California corporation<br><br>Defendant | Case No: C 05 4477 MHP<br><br>STIPULATION AND [PROPOSED] ORDER RE USE OF DEFENDANT'S NAME AND MARK IN SAN FRANCISCO AND BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR PRELIM INUNCTION<br><br>Date: December 19, 2005<br>Time: 2:00 pm<br>Courtroom: 15 |

Whereas Sterling M. Enterprises, Inc. dba Lee's Deli ("Plaintiff") has submitted pleadings related to an application for TRO and order to show cause re preliminary injunction;

Whereas Defendant Lee's Sandwiches International, Inc. ("Defendant") does not expect to open its location in San Francisco until after December, as had been announced on its website;

The parties, through their undersigned counsel and subject to the assent of the Court, in a spirit of cooperation and without waiving any rights or defenses, and without admitting any liability, stipulate as follows:

1. The hearing on the motion for a preliminary injunction shall be heard on Monday, December 19, 2005 at 2:00 pm in Courtroom 15.

1

2. Defendant's response brief to Plaintiff's moving papers filed with the Court on Tuesday, November 8, 2005 shall be electronically filed on or before Monday, November 28, 2005.

3. Plaintiff's reply brief shall be electronically filed on or before Monday, December 5, 2005.

4. Defendant shall electronically file an answer or otherwise respond to the Complaint on or before Thursday, December 1, 2005.

5. Pending the Court's ruling on Plaintiff's motion for preliminary injunction, Defendant agrees to maintain the status quo by refraining from opening a sandwich shop or other restaurant in the City and County of San Francisco under a name or mark incorporating the term "Lee's." Defendant also agrees, pending the Court's ruling, to refrain from posting signage or engaging in other promotional efforts directed to any planned sandwich shop or other restaurant in the City and County of San Francisco under a name or mark incorporating the term "Lee's."

Dated: November 10, 2005.

Law Office of Roy S. Gordet

By: _____
Roy S. Gordet, Counsel for Plaintiff
Sterling M. Enterprises, Inc. dba Lee's Deli

Townsend and Townsend and Crew LLP

Dated: 10 Nov, 2005.

By: _____
Marc M. Gorelnik, Counsel for
Defendant Lee's Sandwiches International, Inc.

IT IS SO ORDERED.

Dated: 11/14/2005

_____
UNITED STATES DISTRICT JUDGE
Judge Marilyn H. Patel

Stipulation and [Proposed] Order
Case No. C 05 4477 MHP