1  TOWNSEND AND TOWNSEND AND CREW LLP
   MARC M. GORELNIK (State Bar No. 166833)
2  ELIZABETH R. GOSSE (State Bar No. 215494)
   JENNIFER D. ARKOWITZ (State Bar No. 236598)
3  Two Embarcadero Center, 8th Floor
   San Francisco, California  94111
4  Telephone:  (415) 576-0200
   Facsimile:  (415) 576-0300
5  Email:  mmgorelnik@townsend.com

6  Attorneys for Defendant
   LEE'S SANDWICHES
7  INTERNATIONAL, INC.

8  ROY S. GORDET
   Attorney at Law
9  98 Battery Street, Suite 601
   San Francisco, CA  94111
10 Telephone:  (415) 627-0300
   Facsimile:  (415) 627-9020
11 Email:  roy@gordetlaw.com

12 Attorney for Plaintiff
   STERLING M. ENTERPRISES,
13 INC. dba LEE'S DELI

                    UNITED STATES DISTRICT COURT

                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

| STERLING M. ENTERPRISES, INC. DBA LEE'S DELI, | Case No.   C-05-4477 MHP |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| LEE'S SANDWICHES INTERNATIONAL, INC. | |
| Defendant. | |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
*Sterling M. Enterprises, Inc. dba Lee's Deli v. Lee's Sandwiches International, Inc.*
Case No. C-05-4477 MHP

1   The parties hereby stipulate to the dismissal of this action with prejudice.  This Court expressly
2   retains jurisdiction to enforce the provisions of the parties' settlement agreement.

4   Dated: June 12, 2006                TOWNSEND AND TOWNSEND AND CREW LLP

6                                       By:   /marc m. gorelnik/
                                              Marc M. Gorelnik
7                                             *Attorneys for Defendant*
                                              LEE'S SANDWICHES
8                                             INTERNATIONAL, INC.

10  Dated: June 12, 2006                ROY S. GORDET
11                                      Attorney at Law

13                                      By:   /roy s. gordet/
                                              Roy S. Gordet
14                                            *Attorney for Plaintiff*
                                              STERLING M. ENTERPRISES, INC. DBA
15                                            LEE'S DELI

17         **PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

19  Dated: __June 14_____, 2006                _____
                                                  MARILYN H. PATEL, Judge
20                                                United States District Court

                                    *IT IS SO ORDERED*
                                    [signature]
                                    Judge Marilyn H. Patel

24  60757626 v1